# LOYAL PROPERTIES CORPORATION v METROPOLITAN DADE COUNTY
### Case No. 86-351 AP
Eleventh Judicial Circuit, Appellate Division, Dade County
July 20, 1988

## APPEARANCES OF COUNSEL
**Gardana,** Velis and de la Puente, and **Cesar de la Puente** for appellant.

**Robert A. Ginsburg,** County Attorney and Craig H. Coller, Assistant County Attorney, for appellee.

Before SALMON, ESQUIROZ, DONNER, JJ.

## OPINION OF THE COURT

PER CURIAM.

Upon review of the record, briefs and argument,[1] we have concluded that the issues raised by Zoning Resolution No. Z-236-86 are fairly debatable upon the evidence presented, which we find to be substantial and competent. We must therefore affirm upon the authority of *Dade County v. United Resources,* 374 So.2d 1046 (Fla. 3d DCA 1979);

---

[1] We treat the petition for writ of certiorari as a notice of appeal, as provided in Florida Rule of Appellate Procedure 9.040(c), and consider the case on the merits. *See also* Committee Notes to the Rule (1977 Revision).

*Solomon v. Metropolitan Dade County,* 253 So.2d 886 (Fla. 3d DCA 1971); *Smith v. City of Miami Beach,* 213 So.2d 281 (Fla. 3d DCA 1968); *City of Miami v. Zorovich,* 195 So.2d 31 (Fla. 3d DCA 1967); *Housing Authority of the City of Melbourne v. Richardson,* 196 So.2d 489 (Fla. 4th DCA 1967); *Elwyn v. City of Miami,* 113 So.2d 849 (Fla. 3d DCA 1959). *See also Mayflower Property, Inc. v. Watson,* 233 So.2d 390 (Fla. 1970); *Marrell v. Hardy,* 450 So.2d 1207 (Fla. 4th DCA 1984).

Affirmed.